**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|                           |     |                          |
|---------------------------|-----|--------------------------|
| JOSE CAMILO,              | :   | Hon. Faith S. Hochberg   |
|                           | :   |                          |
| Petitioner,               | :   | Civil No. 07-5479 (FSH)  |
|                           | :   |                          |
| v.                        | :   |                          |
|                           | :   |                          |
| MICHAEL POWERS, et al.,   | :   | **ORDER**                |
|                           | :   |                          |
| Respondents.              | :   |                          |

For the reasons set forth in the Opinion filed herewith,

IT IS on this _25ᵗʰ_ day of _January_, 2008,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITH

PREJUDICE as untimely; and it is further

ORDERED that a certificate of appealability is DENIED, <u>see</u> 28 U.S.C. § 2253(c)(2); and

it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion

by regular mail upon the parties, and shall close the file.

_/s/ Faith S. Hochberg_____
**UNITED STATES DISTRICT JUDGE**